IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| *v.* | |
| **GERMAINE LEWIS** | **NO. 23-540-KSM-2** |

# ORDER

**AND NOW**, this 23rd day of December, 2024, upon consideration of the Government's motion to dismiss Counts 2 and 3 of the Indictment against Defendant Lewis during Defendant's sentencing hearing on December 16, 2024 (*see* Doc. No. 44), and as stated on the record on December 16, 2024 (*see id.*), it is hereby **ORDERED** that the Government's motion is **GRANTED** and Counts 2 and 3 of the Indictment are **DISMISSED with prejudice** as to Defendant Lewis.

**IT IS SO ORDERED.**

/s/ *Karen Spencer Marston*
KAREN SPENCER MARSTON, J.